UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:98-cr-00025-JCM-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHARLES MOORE, | |
| Defendant. | |

Presently before the court is *pro se* defendant Charles Moore's motion for sentence reduction. (Doc. # 113).

In response to defendant's motion, this court appointed the federal public defender's office to represent Mr. Moore with respect to his motion for a reduction of sentence. (Doc. # 115). Thereafter, defendant's counsel filed a motion to withdraw. (Doc # 117). Counsel indicated that she had studied defendant's file, including court documents, and determined that no motions or applications for a reduction of sentence were proper for defendant. (*See id.* at 2). Therefore, the court granted the motion to withdraw. (Doc. # 118). Defendant's motion for sentence reduction (doc. # 113) is, therefore, moot.

Accordingly.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Charles Moore's motion for sentence reduction (doc. # 113) be, and the same hereby is, DENIED as moot.

DATED THIS 4th day of November, 2015.

*/s/ James C. Mahan*
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE